## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hood, Crystal O | Case Number: 07 B 18695 |
| | Judge: Squires, John H |
| Printed: 03/24/09 | Filed: 10/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: February 17, 2009
Confirmed: November 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,100.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,906.20 |
| Trustee Fee: | | 193.80 |
| Other Funds: | | 0.00 |
| Totals: | 3,100.00 | 3,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 2,906.20 |
| 2. | Asset Acceptance | Unsecured | 16.79 | 0.00 |
| 3. | Genesis Financial Services Corp | Unsecured | 76.95 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 61.39 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 49.42 | 0.00 |
| 6. | Devon Financial Services Inc | Unsecured | 21.49 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 124.73 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 15.00 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 2,175.08 | 0.00 |
| 10. | Nuvell Credit Company LLC | Unsecured | 1,250.09 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 50.45 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 45.24 | 0.00 |
| 13. | United Collection Bureau Inc | Unsecured | 37.40 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 30.05 | 0.00 |
| 15. | Illinois Dept Of Human Services | Unsecured | 353.23 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 216.00 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 143.59 | 0.00 |
| 18. | Horseshoe Casino Hammond Corp | Unsecured | 78.51 | 0.00 |
| 19. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 20. | Cash Transfers Center | Unsecured | | No Claim Filed |
| 21. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 22. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 23. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 24. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 25. | Asset Acceptance | Unsecured | | No Claim Filed |
| 26. | One Click Cash | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hood, Crystal O

Printed: 03/24/09

Case Number: 07 B 18695
Judge: Squires, John H
Filed: 10/11/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Chase | Unsecured | | No Claim Filed |
| 28. | Charter One Bank | Unsecured | | No Claim Filed |
| 29. | MTE Financial | Unsecured | | No Claim Filed |
| 30. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 31. | ER Solutions | Unsecured | | No Claim Filed |
| 32. | H & F Law Offices | Unsecured | | No Claim Filed |
| 33. | Purpln/FBD | Unsecured | | No Claim Filed |
| 34. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 35. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 36. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 37. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 38. | Purpose Loans | Unsecured | | No Claim Filed |
| 39. | TCF Bank | Unsecured | | No Claim Filed |
| 40. | Purpose Loans | Unsecured | | No Claim Filed |
| 41. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 42. | Worldwide Cash Now | Unsecured | | No Claim Filed |
| 43. | AIP | Unsecured | | No Claim Filed |
| | | | $ 8,059.41 | $ 2,906.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.20 |
| 6.5% | 78.00 |
| 6.6% | 72.60 |
| | $ 193.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: